**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 3, 2015

Hon. Wyatt D. Snider
Snider Law Firm
3560 Delaware, Suite 308
Beaumont, TX 77706
* DELIVERED VIA E-MAIL *

Hon. Ricardo J. Navarro
Attorney at Law
701 E. Harrison, Suite 100
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00133-CV
Tr.Ct.No. C-1418-12-G
Style:    The City of Pharr, Texas v. Dora Herrera, Individually and as representative of the estate of Reynaldo Herrera, Deceased Eric Herrera, Efren Herrera, Michael Herrera, Jessica Herrera Rodriguez, Celia Herrera, Vanessa Herrera, Veronica Herrera Rodriguez Herrera and Rey Herrera

Appellee's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Wednesday, August 26, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch